2:25-cr-00161 - LEW

## Superseding Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAY 0 6 2026

JENNIFER P. LYONS, CLERK

BY_____

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Jose Irizarry Estepan |
| **Address:** (City & State Only) | Westbrook, Maine |
| **Year of Birth and Age:** | 1998/27 years old |
| **Violations:** | Count 1: Distribution and Possession with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 841(a)(1). |
| **Penalties:** | Count 1: Because Defendant has a prior conviction for a serious drug felony, a term of imprisonment of not less than 10 years and not more than life, a fine not to exceed $8,000,000, or both. 21 U.S.C. § 841(b)(1)(B).<br><br>Count 1 is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | Count 1: Because Defendant has a prior conviction for a serious drug felony, not less than eight years and not more than life. 21 U.S.C. § 841(b)(1)(B). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than five years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Jonathan Goodman |
| **Primary Investigative Agency and Case Agent Name:** | FBI Task Force Officer Jonathan Duquette |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |

| | |
|---|---|
| **AUSA:** | Johnathan G. Nathans and Noah Falk |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |