|  |  |  |
|---|---|---|
| USA | ) ) ) ) | |
| v. | ) ) | Docket No. 2:25-cr-00161-LEW |
| JOSE IRIZARRY ESTEPAN | ) ) ) ) | |

## DEFENDANT JOSE IRIZARRY ESTEPAN'S MOTION *IN LIMINE* TO EXCLUDE COMPROMISE OFFERS AND NEGOTIATIONS

Pursuant to Federal Rules of Evidence 408, 401, 403, and 404(b), Defendant Jose Irizarry Estepan moves the Court to exclude all statements made by him in connection with plea negotiations with the government. Rule 408 provides that:

Evidence of the following is not admissible — on behalf of any party — either to prove or disprove the validity or amount of a disputed claim or to impeach by a prior inconsistent statement or a contradiction:

(1) furnishing, promising, or offering — or accepting, promising to accept, or offering to accept — a valuable consideration in compromising or attempting to compromise the claim; and

(2) conduct or a statement made during compromise negotiations about the claim — except when offered in a criminal case and when the negotiations related to a claim by a public office in the exercise of its regulatory, investigative, or enforcement authority.

(b) Exceptions. The court may admit this evidence for another purpose, such as proving a witness's bias or prejudice, negating a contention of undue delay, or proving an effort to obstruct a criminal investigation or prosecution.

Fed. R. Evid. 408.

Prior to trial, Mr. Irizarry Estepan and the government engaged in plea negotiations. Mr. Irizarry Estepan anticipates that the government may seek to admit statements made by Mr. Irizarry Estepan during plea negotiations, but any such statements are plainly inadmissible under Rule 408.

For all the reasons discussed separately in Mr. Irizarry Estepan's motion *in limine* to exclude text message evidence and all other evidence of prior criminal conduct, and his motion *in limine* to exclude evidence of his prior conviction, incorporated here by reference, any such evidence is also inadmissible under Rules 401, 403, and 404(b).

WHEREFORE, Defendant Jose Irizarry Estepan moves the Court to exclude evidence of compromise offers and negotiations.

Dated:   May 27, 2026

/s/ Jonathan M. Goodman
Jonathan M. Goodman
Counsel for Defendant Jose Irizarry Estepan

Law Office of Jon Goodman
P.O. Box 202
Scarborough, ME 04070-0202
Tel: 207-219-6391
Email: jon@jgoodmanlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I delivered a copy of this pleading to counsel of record via the ECF Filing System.

/s/ Jonathan M. Goodman
Jonathan M. Goodman
Counsel for Defendant Jose Irizarry Estepan